# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:   NEFTALI DE LA CRUZ SUAREZ

Bkrtcy. No.   11-02646-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date:   Mar 31, 2011 | Meeting Date   **May 04, 2011** | DC Track No.   4 |
| Days from petition date   34 | Meeting Time   8:00 AM | |
| 910 Days before Petition   10/2/2008 | ☐ Chapter 13 Plan Date   Mar 31, 2011   Dkt.#7 | ☐   Amended. |
| This is debtor(s)   Bankruptcy petition. | Plan Base:   **$16,100.00** | |
| This is the   Scheduled Meeting | Confirmation Hearing Date:   May 27, 2011 | Time:   9:00 AM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $0.00 |
|---|---|---|---|---|

---

**I.**   **Appearances:**    ☐ Telephone ☐ Video Conference    ☑ Creditor(s) present: ☐ None.

BPPR Jutiens

| | | | |
|---|---|---|---|
| ☐ Debtor Present | ☐ ID & Soc. OK | ☐ Debtor Absent | |
| ☐ Joint Debtor Present | ☐ ID & Soc. OK | ☐ Joint Debtor Absent | |
| Debtor(s) was/were | ☐ Examined | **Not** Examined under oath. | |
| Attorney for Debtor(s) | ☐ Present | **Not** Present | |
| ☑ Substitute attorney: Ada Iluniçus, Esq | | ☐ Pro-se. | |

---

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record:    **MARILYN VALDES ORTEGA***

Total Agreed:   **$3,000.00**    Paid Pre-Petition:   **$425.00**    Outstanding:   **$2,575.00**   THROUGH THE PLAN

---

**III.**   **Trustee's will file Motion to Dismiss:**   ☒ For Failure to appear;   ☒ For Failure to commence payments.

---

**IV.**   **Trustee's Report on Confirmation & Status of §341 Meeting**

**Debtor(s) Income is (are)**   ☐ Under   ☑ Above Median Income.    **Liquidation Value:**

**Commitment Period is**   ☐ 36   ☐ 60 months.   [§1325(b)(1)(B)]   **Gen. Unsecured Pool:**

**The Trustee**   ☐ **RECOMMENDS**   ☐ **OBJECTS**   **Plan confirmation.**

§341 Meeting   ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for:

---

**V.**   **Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]

☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

---

/s/ JOSÉ R. CARRIÓN
Trustee        Presiding Officer        Page 1 of 1        Date: May 04, 2011